

# In the United States Court of Federal Claims
*Pro Se*

| | |
|---|---|
| MICHAEL RANKINS, | ) No. 17-979C |
| Plaintiff, | ) (Filed: October 23, 2017) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**FILED**
OCT 23 2017
U.S. COURT OF
FEDERAL CLAIMS

### ORDER

Pro se plaintiff Michael Rankins filed a complaint on July 18, 2017. Docket No. 1. Mr. Rankins also filed an application for leave to proceed in forma pauperis. Docket No. 4. On September 11, 2017, the Court denied Mr. Rankins' application to proceed in forma pauperis for failing to comply with the statutory requirements. See Docket No. 10. It ordered Mr. Rankins to pay the required filing fee within thirty days. Id.

Mr. Rankins has not, however, complied with the Court's order by paying the filing fee. Accordingly, Mr. Rankins' complaint is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Rules of the Court of Federal Claims for failing to comply with the court's rules and an order of this Court.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge